# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Mohammed Sabry SOLIMAN<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 25-MJ-0108-NRN<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about June 1, 2025, in the county of Boulder in the State and District of Colorado, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 249(a)(1), (2) | Hate crime involving actual or perceived race, religion, or national origin |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ SA Jessica Krueger*
*Complainant's signature*

FBI SA Jessica Krueger
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 06/01/2025

City and state: _____

*Judge's signature*

Magistrate Judge N. Reid Neureiter
*Printed name and title*