| | |
|---|---|
| DEFENDANT: | Mohammed Sabry SOLIMAN |
| YOB: | 1979 |
| ADDRESS (CITY/STATE): | Colorado Springs, CO |
| OFFENSE(S): | 18 U.S.C. § 249(a)(1), (2) - Hate crime involving actual or perceived race, religion, or national origin |
| LOCATION OF OFFENSE: | Boulder County, Colorado |
| PENALTY: | NMT 10 years' imprisonment; NMT 5 years' supervised release; NMT $250,000 fine; $100 Special Assessment |
| AGENT: | Jessica Krueger<br>Special Agent, Federal Bureau of Investigation |
| AUTHORIZED BY: | Melissa Hindman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

____ five days or less     __X__ over five days

THE GOVERNMENT **will** seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:     ____ Yes     __X__ No