IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-mj-00108-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, Mohammed Sabry Soliman, YOB: 1979, ID Number IN2502501, is now confined in Boulder County Jail, 3200 Airport Rd, Boulder, CO 80301.

2. A hearing in the above-captioned case will be held on June 6, 2025 at 2:00 pm in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of this case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law

enforcement officer, requiring said federal law enforcement officer to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States Magistrate Judge for said Defendant's initial appearance; and to hold said Defendant at all times in custody as an agent of the United States of America; and that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, shall return said Defendant to the institution where he was confined, under safe and secure conduct.

    Respectfully submitted this 3rd day of June, 2025.

J. BISHOP GREWELL
ACTING UNITED STATES ATTORNEY

By: *s/Melissa Hindman*
Melissa Hindman
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Melissa.Hindman@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I certify that on this 3rd day of June, 2025, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By:    *s/Stephanie Graham*
                Stephanie Graham
                Legal Assistant
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100