IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-mj-00108-NRN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

      Defendant.

## MOTION FOR APPOINTMENT OF COUNSEL
## UNDER THE CRIMINAL JUSTICE ACT

      The Office of the Federal Public Defender, through Virginia L. Grady, Federal Public Defender, requests the Court to appoint counsel for Mr. Soliman in accordance with the Criminal Justice Act. The following is offered to support appointment of counsel.

      1.    Mr. Soliman is the custody of the Boulder County, Colorado, Sheriff. Immigration and Customs Enforcement have lodged a detainer.

      2.    He is financially unable to post bond or hire counsel.

      3.    He is scheduled for an initial appearance before Magistrate Judge Timothy O'Hara on Friday, June 6, at 2 PM.

      4.    AFPD David Kraut has conducted a preliminary interview of Mr. Soliman and can attest that he is unable to afford counsel. Mr. Soliman will be represented by this office.

      5.    Additional information confirming eligibility for court-appointed counsel will be submitted at the initial appearance.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ Virginia L. Grady*
VIRGINIA L. GRADY
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: virginia_grady@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2025, I emailed the foregoing ***Motion for Appointment of Counsel Under the Criminal Justice Act*** to the Clerk of Court at cod_criminal_docketing@cod.uscourts.gov for filing with a copy to the following:

      Melissa E. Hindman, Assistant United States Attorney
      Email:  melissa.hindman@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

      Mohammed Sabry Soliman (via U.S. mail)

      *s/ Virginia L. Grady*
      VIRGINIA L. GRADY
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: virginia_grady@fd.org
      Attorney for Defendant